1
2
3
4
5
6
7

Mark S. Roth, Esq.
California Bar No. 80612
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, California 90017
Telephone: (213) 892-7906
Facsimile: (866) 537-7533
Email: mroth@cozen.com
Attorneys for Plaintiffs
SUSAN ROCKE and JEFFREY
ROCKE

ORIGINAL
FILED

2013 JUN 26 P 3 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

## UNITED STATES DISTRICT COURT FOR

9

## THE NORTHERN DISTRICT OF CALIFORNIA

10

SUSAN AND JEFFREY ROCKE,

CV 13 2951

Case No.

11
12

Plaintiffs,

COMPLAINT FOR DAMAGES

JURY TRIAL DEMANDED

13

vs.

14
15

PEBBLE BEACH COMPANY,

16
17

Defendants.

18
19

## I. THE PARTIES

20
21
22

1.    Plaintiffs, Susan and Jeffrey Rocke are citizens of the Commonwealth of
Pennsylvania residing at all times material hereto at 1 Quail Drive South,
Phoenixville, Pennsylvania.

23
24
25
26

2.    Defendant, Pebble Beach Company (hereinafter "Pebble Beach") is a
corporation organized and existing pursuant to the laws of the State of California with
a principal place of business located at 2700 Seventeen Mile Drive, Pebble Beach,
California.

27
28

3.    At all times material hereto, Pebble Beach acted by and through the

1  actions of its agents, servants and employees, who were acting within the course and

2  scope of their employment with Pebble Beach.

3      4.    At all times material hereto, Pebble Beach was and is in the business of

4  operating a luxury golf and spa resort known as The Lodge Pebble Beach.

## II.  JURISDICTION AND VENUE

6      5.    Jurisdiction over this controversy is invoked as Plaintiffs and Defendant

7  are citizens of different states and the amount in controversy exceeds the sum of

8  $75,000.

9      6.    Venue is proper in this district in that Defendant maintains its principal

10 place of business in the State of California.

## III.  FACTUAL ALLEGATIONS

12     7.    On September 3, 2011,  Plaintiffs were guests at The Lodge Pebble

13 Beach.

14     8.    On September 3, 2011, Plaintiff Susan Rocke was in the process of going

15 for a massage in the spa at The Lodge Pebble Beach at the direction of a Pebble Beach

16 Spa employee.

17     9.    As she walked towards the spa in spa slippers supplied to plaintiff by

18 defendant's personnel, Susan Rocke tripped on a threshold and fell injuring her head

19 after striking her head on a nearby post.

20     10.   At the time of the aforesaid accident, the threshold was elevated and

21 constituted a hidden and concealed dangerous condition that was not open and

22 obvious to Susan Rocke.

23     11.   At the time of the aforesaid accident, there were no mats or other

24 protective devices on the threshold.

25     12.   Prior to September 3, 2011, Defendant was on notice of this dangerous

26 condition existing in the spa and failed to provide mats or other protective devices for

27 the safety of its guests and also failed to warn its guests, including Plaintiffs herein, of

28

2

1  the dangerous condition existing in the spa facilities.

2      13.    The aforesaid accident was a direct and proximate result of the

3  negligence, gross negligence and carelessness of the Defendant acting by and through

4  its agents, servants and/or employees including, but not limited to, the following:

5      (a) having the threshold elevated to the point where it became a "fall or trip
           hazard";
6
7      (b) failing to use protective mats or other devices to prevent guests from
           slipping and falling on the threshold;

8      (c) failing to insure that the threshold complied with the California Building
           Code;
9
10     (d) failing to take appropriate measures to prevent its guests from walking onto
           floor areas which were dangerous and were without necessary and
           appropriate safety devices to prevent guests from tripping;
11
12     (e) allowing a hidden and concealed dangerous condition to exist at its
           premises;

13     (f) failing to properly direct and supervise its employees to ensure that
           appropriate measures were being taken and appropriate warnings provided to
14         prevent its guests from tripping and falling;

15     (g) deliberately choosing to place an elevated threshold on the floor in the spa
           area when Defendant knew that it posed a serious risk of injury to its guests;
16         and

17     (h) in such other ways as may be proven from facts now exclusively in the
           possession of Defendant which may be ascertained after the filing of this
18         Complaint.

19                                    <u>COUNT I</u>

20

21                    <u>Susan Rocke v. Pebble Beach Company</u>

22     14.    Plaintiffs incorporate the allegations set forth in paragraphs 1 through 13

23  above as though each were fully and completely set forth at length herein.

24     15.    As a direct and proximate result of the foregoing negligence and

25  carelessness of the Defendant, Susan Rocke suffered serious injuries including, but

26  not limited to, a concussion caused by a severe trauma.

27     16.    As a direct and proximate result of the foregoing negligence and

28

                                        3

1  carelessness of Defendant, Susan Rocke has been and will be obligated to receive and
2  undergo medical attention and care including rehabilitation to treat the injuries she
3  sustained in the fall and has been required to undergo extensive testing and treatment.

4       17.    As a direct and proximate result of the foregoing negligence and
5  carelessness of Defendant, Susan Rocke has incurred and may in the future incur
6  expenses for the treatment of the injuries she sustained in the accident.

7       18.    As a direct and proximate result of the foregoing negligence and
8  carelessness of defendant, Susan Rocke has sustained and may in the future sustain a
9  loss of earnings and/or earning power.

10       19.    As a direct and proximate result of the foregoing negligence and
11  carelessness of Defendant, Susan Rocke has suffered physical pain, mental anguish,
12  personal trauma, humiliation and a loss of life's pleasures and may continue to suffer
13  the same for an indefinite period of time in the future.

14      WHEREFORE, Plaintiff, Susan Rocke hereby demands judgment in her favor
15  and against Defendant in an amount in excess of $75,000.00, together with interest,
16  costs of suit and such other and further relief as this Court may deem appropriate.

17  ## COUNT II
18  ### Jeffrey Rocke v. Pebble Beach Company

19       20.    Plaintiff, Jeffrey Rocke, hereby incorporates the allegations set forth in
20  paragraphs 1 through 19 above as though each were fully and completely set forth at
21  length herein.

22       21.    At all times material hereto, Susan Rocke and Jeffrey Rocke were and are
23  husband and wife.

24       22.    As a direct result of the negligence and carelessness of Defendant, Jeffrey
25  Rocke has been deprived of the services, companionship and consortium of his wife.

26      WHEREFORE, Plaintiff, Jeffrey Rocke hereby demands judgment in his favor
27  and against Defendant in an amount in excess of $75,000.00, together with interest,

28

1    costs of suit and such other and further relief as this Court may deem appropriate.

2

3    DATED:  June 24, 2013                    COZEN O'CONNOR

4

5                                            BY:  MARK S. ROTH, ESQUIRE
6                                                 601 S. Figueroa Street
                                                  Suite 3700
7                                                 Los Angeles, CA  90017
                                                  (213) 892-7900
8                                                 Attorneys for Plaintiffs

9

10                       **DEMAND FOR A JURY TRIAL**

11

12       Plaintiffs hereby demand a trial by jury.

13

14   DATED:  June 24, 2013                    **COZEN O'CONNOR**

15

16                                           BY:
17                                                 MARK S. ROTH, ESQUIRE
                                                   Attorneys for Plaintiffs
18                                                 LEGAL\16803782\1

19

20

21

22

23

24

25

26

27

28

                                    5