

October 26, 2015

**Megan R. Peitzke**
Direct Phone  213-892-7907
Direct Fax      213-784-9068
mpeitzke@cozen.com

VIA E-MAIL (OSCAR_RIVERA@CAND.USCOURTS.GOV)

The Hon. Paul S. Grewal
United States District Court,
Northern District of California
San Jose Division

Re:   Susan Rocke, et al. v. Pebble Beach Company, et al.
      Case No. CV 13-2951

**GRANTED**
Paul S. Grewal
Judge Paul S. Grewal

Dear Mr. Rivera:

This firm represents plaintiffs Susan Rocke and Jeffrey.

I respectfully request to appear via Courtcall for the hearing tomorrow at 4:45 p.m. on Groza Construction, Inc.'s Motion for Leave to File Third Party Complaint and to Add Third Party Defendant and Add Causes of Action for Reformation and Declaratory Relief.

We are not taking a position on the subject Motion. We are located in Los Angeles, California and appearing telephonically would be most economical, saving our client time and expenses. Please advise if this is possible. Thank you.

Sincerely,

COZEN O'CONNOR

By:   Megan R. Peitzke

MRP

LEGAL\24696251\1